UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST MOORE,

    Plaintiff,

vs.

Civil Action No.
07-CV-10442

HON. BERNARD A. FRIEDMAN

LIEUTENANT TANNER, et al.,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND DISMISSING ALL CLAIMS**

This matter is presently before the Court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation ("R&R") dated August 4, 2008. In his R&R, Magistrate Judge Hluchaniuk recommends that Defendants' outstanding motions be granted [docket entries 72, 78, and 82] and that Plaintiff's claims be dismissed. Plaintiff has not filed objections to the Magistrate Judge's R&R and the time to do so has expired.

The Court has had the opportunity to fully review this matter. The Court finds that Magistrate Judge Hluchaniuk correctly and thoroughly analyzed the issues presented and that he reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that the Magistrate Judge's R&R of August 4, 2008, is accepted and adopted as the findings and conclusions of the Court.

1

IT IS FURTHER ORDERED that the partial motions for summary judgment of Defendants Burgess and Willis [docket entries 72 and 78] are granted .

IT IS FURTHER ORDERED that Defendant Tanner's Motion for Dismissal and Summary Judgment [docket entry 82] is granted.

IT IS FURTHER ORDERED that Plaintiff's claims are dismissed.

        S/Bernard A. Friedman
        BERNARD A. FRIEDMAN
        CHIEF UNITED STATES DISTRICT JUDGE

Dated: August 18, 2008
       Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager to Chief Judge Friedman